UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE: 3:11-cv-01061-TJC-MCR

DENISE PAYNE, et al.,

    Plaintiffs,

vs.

HIGHLAND IMPROVEMENTS, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff provides this Notice of Settlement, and states:

1.    The Plaintiff has reached a settlement agreement with Defendant as to the resolution of all claims against them.

2.    Plaintiff requests 15-days to submit a joint stipulation requesting the dismissal of this matter, based upon settlement terms.

WHEREFORE, Plaintiff provides this Notice of the Settlement and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety.

[*Signature and certificate on following page*]

DATED:  August 24, 2012.

                    Respectfully submitted,

              By:    /s/ Daniel B. Reinfeld
                    DANIEL B. REINFELD, ESQ.
                    Florida Bar No.:  174815
                    DILL & REINFELD, PLLC
                    2450 Hollywood Blvd., Ste 310
                    Hollywood, FL 33020
                    Direct: (954) 558-8139
                    Facsimile: (954) 628-5054
                    E-Mail: dan@reinfeldlaw.com

**DENISE PAYNE, et al., vs. HIGHLAND IMPROVEMENTS, LLC**
**Case: 3:11-cv-01061-TJC-MCR**
**<u>Service List</u>**

CHRISTI ADAMS
FOLEY & LARDNER, LLP
111 N Orange Ave - Ste 1800
PO Box 2193
Orlando, FL 32802-2193
407/423-7656
Fax: 407/648-1743
Email: cadams@foley.com

JULIE ANGELINI
FOLEY & LARDNER, LLP
111 N Orange Ave - Ste 1800
PO Box 2193
Orlando, FL 32802-2193
407/244-3266
Fax: 407/648-1743
Email: jangelini@foley.com