**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DENISE PAYNE, et al.,

       Plaintiffs,

vs.                                       Case No. 3:11-cv-1061-J-32MCR

HIGHLAND IMPROVEMENTS, LLC,

       Defendant.
_____

**ORDER**

Upon review of the parties' joint Stipulation for Dismissal (Doc. 15), this case is dismissed with prejudice. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of September, 2012.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies to:
Counsel of Record